Decided May 1, 2007

SCOTT CHAMBERLAND ET AL. *v.* JOHN LABONTE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 99 Conn. App. 464 (AC 25799), is denied.

*Donald R. Beebe,* in support of the petition.

*David S. Williams,* in opposition.

Decided May 8, 2007